# APPENDIX B

209366 CENTRAL FREIGHT LINES, INC.
AS OF 10/16/19

| BD | CO | AGT | FRGHT BILL# | SHIPPED | INVOICED | REF# | TOTAL | SHIPPER | CITY | ST | ZIP | CONSIGNEE | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | I | ADF | 1851743 | 0 4/7/2019 | 4/16/2019 | EL142573 | 215.42 | CENTRAL FREIGHT LINES | MIRA LOMA | CA | 917521003 | CENTRAL FREIGHT LINES | MIRA LOMA | CA | 917521003 |
|  | R | ADF | 1948956 | 1 4/7/2019 | 4/22/2019 | EL143363 | 4,133.22 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 |
|  | R | ADF | 1945973 | 1 4/7/2019 | 4/22/2019 | EL143331 | 5,343.52 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 |
|  | I | ADF | 1850886 | 0 4/13/2019 | 4/22/2019 | EL142519 | 4,904.13 | CENTRAL FREIGHT LINES | SAN ANTONIO | TX | 782201931 | CENTRAL FREIGHT LINES | SAN ANTONIO | TX | 782201931 |
|  | I | ADF | 1851091 | 0 4/13/2019 | 5/1/2019 | EL142529 | 1,044.13 | CENTRAL FREIGHT LINES | HOUSTON | TX | 770284917 | CENTRAL FREIGHT LINES | HOUSTON | TX | 770284917 |
|  | R | ADF | 1884447 | 1 4/13/2019 | 4/23/2019 | EL142790 | 424.32 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 |
|  | I | ADF | 2331192 | 0 4/14/2019 | 4/22/2019 | EL145045 | 494.08 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 |
|  | I | ADF | 2331244 | 0 4/14/2019 | 4/22/2019 | EL145047 | 4,166.28 | CENTRAL FREIGHT LINES | SACRAMENTO | CA | 958382427 | CENTRAL FREIGHT LINES | SACRAMENTO | CA | 958382427 |
|  | I | ADF | 2328999 | 0 4/14/2019 | 4/22/2019 | EL145024 | 4,435.92 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
|  | I | ADF | 2330437 | 0 4/14/2019 | 4/22/2019 | EL145040 | 5,162.43 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
|  | I | ADF | 2329733 | 0 4/14/2019 | 4/22/2019 | EL145034 | 6,046.32 | CENTRAL FREIGHT LINES | KANSAS CY     ,JA | MO | 64129 | CENTRAL FREIGHT LINES | KANSAS CY     ,JA | MO | 64129 |
|  | I | ADF | 2331217 | 0 4/14/2019 | 4/22/2019 | EL145046 | 6,932.04 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 |
|  | I | ADF | 2329553 | 0 4/14/2019 | 4/22/2019 | EL145033 | 7,334.64 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 |
| * | I | ADF | 2330278 | 0 4/14/2019 | 4/22/2019 | EL145039 | 2,044.31 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
|  | I | ADF | 2330150 | 0 4/14/2019 | 4/23/2019 | EL145038 | 3,557.52 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
|  | I | ADF | 2327959 | 0 4/14/2019 | 4/23/2019 | EL145016 | 4,305.99 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
|  | I | ADF | 2327712 | 0 4/14/2019 | 4/23/2019 | EL145014 | 6,598.98 | CENTRAL FREIGHT LINES | JACKSONVILLE | FL | 322543403 | CENTRAL FREIGHT LINES | JACKSONVILLE | FL | 322543403 |
|  | I | ADF | 2331055 | 0 4/14/2019 | 4/23/2019 | EL145044 | 7,455.00 | CENTRAL FREIGHT LINES | MIRA LOMA | CA | 917521003 | CENTRAL FREIGHT LINES | MIRA LOMA | CA | 917521003 |
|  | I | ADF | 2331328 | 0 4/14/2019 | 4/24/2019 | EL145048 | 2,781.78 | CENTRAL FREIGHT LINES | MIRA LOMA | CA | 917521003 | CENTRAL FREIGHT LINES | MIRA LOMA | CA | 917521003 |
|  | I | ADF | 2442036 | 0 4/14/2019 | 4/24/2019 | EL145372 | 4,381.02 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
|  | I | ADF | 2330771 | 0 4/14/2019 | 4/24/2019 | EL145042 | 4,642.71 | CENTRAL FREIGHT LINES | MEMPHIS | TN | 381186823 | CENTRAL FREIGHT LINES | MEMPHIS | TN | 381186823 |
|  | I | ADF | 2328086 | 0 4/14/2019 | 4/24/2019 | EL145017 | 4,814.73 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 |
|  | I | ADF | 2327894 | 0 4/14/2019 | 4/25/2019 | EL145015 | 2,234.37 | CENTRAL FREIGHT LINES | MIRA LOMA | CA | 917521003 | CENTRAL FREIGHT LINES | MIRA LOMA | CA | 917521003 |
|  | I | ADF | 2330628 | 0 4/14/2019 | 4/29/2019 | EL145041 | 5,398.50 | CENTRAL FREIGHT LINES | VICTORIA     ,VI | TX | 779017764 | CENTRAL FREIGHT LINES | VICTORIA     ,VI | TX | 779017764 |
|  | I | ADF | 2329358 | 0 4/14/2019 | 4/29/2019 | EL145030 | 9,827.10 | CENTRAL FREIGHT LINES | HOUSTON | TX | 770284917 | CENTRAL FREIGHT LINES | HOUSTON | TX | 770284917 |
|  | I | ADF | 2329920 | 0 4/14/2019 | 4/30/2019 | EL145036 | 715.68 | CENTRAL FREIGHT LINES | MIRA LOMA | CA | 917521003 | CENTRAL FREIGHT LINES | MIRA LOMA | CA | 917521003 |
|  | I | ADF | 2347389 | 0 4/14/2019 | 4/30/2019 | EL145083 | 2,674.98 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 |
|  | I | ADF | 2329279 | 0 4/14/2019 | 4/30/2019 | EL145029 | 4,163.01 | CENTRAL FREIGHT LINES | HOUSTON | TX | 770284917 | CENTRAL FREIGHT LINES | HOUSTON | TX | 770284917 |
|  | I | ADF | 2329130 | 0 4/14/2019 | 4/30/2019 | EL145025 | 5,762.67 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 |
|  | I | ADF | 2328831 | 0 4/14/2019 | 4/30/2019 | EL145022 | 7,665.87 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 |
|  | I | ADF | 2328231 | 0 4/14/2019 | 5/1/2019 | EL145018 | 3,846.66 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
|  | I | ADF | 2328895 | 0 4/14/2019 | 5/1/2019 | EL145023 | 5,083.74 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
|  | I | ADF | 2328395 | 0 4/14/2019 | 5/1/2019 | EL145019 | 5,290.13 | CENTRAL FREIGHT LINES | SAN ANTONIO | TX | 782201931 | CENTRAL FREIGHT LINES | SAN ANTONIO | TX | 782201931 |
|  | I | ADF | 2330015 | 0 4/14/2019 | 5/1/2019 | EL145037 | 5,560.33 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 |
|  | I | ADF | 2329472 | 0 4/14/2019 | 5/1/2019 | EL145032 | 5,956.65 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
|  | I | ADF | 2328503 | 0 4/14/2019 | 6/3/2019 | EL145020 | 3,033.96 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 |
|  | R | ADF | 2485030 | 0 4/14/2019 | 5/1/2019 | EL145535 | 5,195.37 | CENTRAL FREIGHT LINES | TAMPA | FL | 336109595 | CENTRAL FREIGHT LINES | TAMPA | FL | 336109595 |
|  | I | ADF | 3037042 | 0 4/21/2019 | 4/29/2019 | EL147534 | 2,397.30 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
|  | I | ADF | 3037209 | 0 4/21/2019 | 4/29/2019 | EL147538 | 3,807.89 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 |
|  | I | ADF | 3036629 | 0 4/21/2019 | 4/29/2019 | EL147520 | 4,069.92 | CENTRAL FREIGHT LINES | KANSAS CY     ,JA | MO | 64129 | CENTRAL FREIGHT LINES | KANSAS CY     ,JA | MO | 64129 |
|  | I | ADF | 3037103 | 0 4/21/2019 | 4/29/2019 | EL147535 | 4,340.76 | CENTRAL FREIGHT LINES | VICTORIA     ,VI | TX | 779017764 | CENTRAL FREIGHT LINES | VICTORIA     ,VI | TX | 779017764 |
|  | I | ADF | 3036404 | 0 4/21/2019 | 4/29/2019 | EL147513 | 5,175.24 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
|  | I | ADF | 3035334 | 0 4/21/2019 | 4/29/2019 | EL147501 | 5,431.02 | CENTRAL FREIGHT LINES | SAN ANTONIO | TX | 782201931 | CENTRAL FREIGHT LINES | SAN ANTONIO | TX | 782201931 |
|  | I | ADF | 3035381 | 0 4/21/2019 | 4/30/2019 | EL147502 | 1,588.44 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | ADF | 3036550 | 0 | 4/21/2019 | 4/30/2019 | EL147517 | 1,925.16 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
| I | ADF | 3036445 | 0 | 4/21/2019 | 4/30/2019 | EL147515 | 3,576.29 | CENTRAL FREIGHT LINES | HOUSTON | TX | 770284917 | CENTRAL FREIGHT LINES | HOUSTON | TX | 770284917 |
| I | ADF | 3037014 | 0 | 4/21/2019 | 4/30/2019 | EL147532 | 4,415.79 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
| I | ADF | 3037227 | 0 | 4/21/2019 | 4/30/2019 | EL147539 | 4,479.84 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 |
| I | ADF | 3037255 | 0 | 4/21/2019 | 4/30/2019 | EL147540 | 4,930.95 | CENTRAL FREIGHT LINES | SACRAMENTO | CA | 958382427 | CENTRAL FREIGHT LINES | SACRAMENTO | CA | 958382427 |
| I | ADF | 3036132 | 0 | 4/21/2019 | 4/30/2019 | EL147508 | 5,506.29 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 |
| I | ADF | 3036082 | 0 | 4/21/2019 | 4/30/2019 | EL147505 | 5,532.09 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 |
| I | ADF | 3036112 | 0 | 4/21/2019 | 4/30/2019 | EL147507 | 5,722.45 | CENTRAL FREIGHT LINES | SAN ANTONIO | TX | 782201931 | CENTRAL FREIGHT LINES | SAN ANTONIO | TX | 782201931 |
| I | ADF | 3036046 | 0 | 4/21/2019 | 5/1/2019 | EL147504 | 4,377.36 | CENTRAL FREIGHT LINES | JACKSONVILLE | FL | 322543403 | CENTRAL FREIGHT LINES | JACKSONVILLE | FL | 322543403 |
| I | ADF | 3036191 | 0 | 4/21/2019 | 5/2/2019 | EL147509 | 494.08 | CENTRAL FREIGHT LINES | HOUSTON | TX | 770284917 | CENTRAL FREIGHT LINES | HOUSTON | TX | 770284917 |
| I | ADF | 3036412 | 0 | 4/21/2019 | 5/2/2019 | EL147514 | 3,963.78 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
| I | ADF | 3036106 | 0 | 4/21/2019 | 5/7/2019 | EL147506 | 4,218.15 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
| I | ADF | 3021361 | 0 | 4/21/2019 | 5/8/2019 | EL147440 | 4,939.17 | CENTRAL FREIGHT LINES | CHARLOTTE | NC | 282693704 | CENTRAL FREIGHT LINES | CHARLOTTE | NC | 282693704 |
| I | ADF | 3037181 | 0 | 4/21/2019 | 5/8/2019 | EL147537 | 5,565.69 | CENTRAL FREIGHT LINES | MIRA LOMA | CA | 917521003 | CENTRAL FREIGHT LINES | MIRA LOMA | CA | 917521003 |
| I | ADF | 3036986 | 0 | 4/21/2019 | 5/14/2019 | EL147531 | 4,816.56 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
| I | ADF | 3036599 | 0 | 4/21/2019 | 5/14/2019 | EL147518 | 5,479.02 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 |
| I | ADF | 1851366 | 0 | 4/21/2019 | 5/14/2019 | EL142551 | 6,437.94 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 |
| I | ADF | 2329393 | 0 | 4/21/2019 | 5/14/2019 | EL145031 | 6,522.12 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 |
| I | ADF | 3036220 | 0 | 4/21/2019 | 5/14/2019 | EL147510 | 7,179.09 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 |
| I | ADF | 3036403 | 0 | 4/21/2019 | 5/14/2019 | EL147512 | 7,658.55 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 |
| I | ADF | 3036330 | 0 | 4/21/2019 | 5/14/2019 | EL147511 | 8,048.34 | CENTRAL FREIGHT LINES | TAMPA | FL | 336109595 | CENTRAL FREIGHT LINES | TAMPA | FL | 336109595 |
| I | ADF | 3021106 | 0 | 4/21/2019 | 5/22/2019 | EL147437 | 5,859.66 | CENTRAL FREIGHT LINES | MEMPHIS | TN | 381186823 | CENTRAL FREIGHT LINES | MEMPHIS | TN | 381186823 |
| I | ADF | 3413492 | 0 | 4/25/2019 | 5/7/2019 | EL150092 | 1,892.22 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
| I | ADF | 3428183 | 0 | 4/28/2019 | 5/6/2019 | EL150187 | 5,139.12 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
| I | ADF | 3427344 | 0 | 4/28/2019 | 5/6/2019 | EL150186 | 5,416.96 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
| I | ADF | 3426541 | 0 | 4/28/2019 | 5/6/2019 | EL150175 | 5,439.76 | CENTRAL FREIGHT LINES | SAN ANTONIO | TX | 782201931 | CENTRAL FREIGHT LINES | SAN ANTONIO | TX | 782201931 |
| I | ADF | 3427147 | 0 | 4/28/2019 | 5/6/2019 | EL150180 | 5,895.66 | CENTRAL FREIGHT LINES | SAN ANTONIO | TX | 782201931 | CENTRAL FREIGHT LINES | SAN ANTONIO | TX | 782201931 |
| I | ADF | 3427288 | 0 | 4/28/2019 | 5/6/2019 | EL150183 | 6,215.52 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 |
| I | ADF | 3428861 | 0 | 4/28/2019 | 5/6/2019 | EL150202 | 6,872.40 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 |
| I | ADF | 3427326 | 0 | 4/28/2019 | 5/6/2019 | EL150185 | 9,384.00 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 |
| I | ADF | 3427289 | 0 | 4/28/2019 | 5/6/2019 | EL150184 | 11,161.17 | CENTRAL FREIGHT LINES | TAMPA | FL | 336109595 | CENTRAL FREIGHT LINES | TAMPA | FL | 336109595 |
| I | ADF | 3438432 | 0 | 4/28/2019 | 5/6/2019 | EL150223 | 12,633.44 | CENTRAL FREIGHT LINES | JACKSONVILLE | FL | 322543403 | CENTRAL FREIGHT LINES | JACKSONVILLE | FL | 322543403 |
| I | ADF | 3426576 | 0 | 4/28/2019 | 5/7/2019 | EL150176 | 2,863.04 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
| I | ADF | 3428459 | 0 | 4/28/2019 | 5/7/2019 | EL150196 | 3,483.12 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
| I | ADF | 3427101 | 0 | 4/28/2019 | 5/7/2019 | EL150179 | 4,160.24 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
| I | ADF | 3428281 | 0 | 4/28/2019 | 5/7/2019 | EL150188 | 4,430.96 | CENTRAL FREIGHT LINES | HOUSTON | TX | 770284917 | CENTRAL FREIGHT LINES | HOUSTON | TX | 770284917 |
| I | ADF | 3428521 | 0 | 4/28/2019 | 5/7/2019 | EL150197 | 4,758.24 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
| I | ADF | 3036968 | 0 | 4/28/2019 | 5/7/2019 | EL147530 | 4,952.82 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 |
| I | ADF | 3516576 | 0 | 4/28/2019 | 5/7/2019 | EL150700 | 5,428.00 | CENTRAL FREIGHT LINES | VICTORIA    ,VI | TX | 779017764 | CENTRAL FREIGHT LINES | VICTORIA    ,VI | TX | 779017764 |
| I | ADF | 3426606 | 0 | 4/28/2019 | 5/7/2019 | EL150177 | 6,704.96 | CENTRAL FREIGHT LINES | JACKSONVILLE | FL | 322543403 | CENTRAL FREIGHT LINES | JACKSONVILLE | FL | 322543403 |
| I | ADF | 3428343 | 0 | 4/28/2019 | 5/7/2019 | EL150190 | 9,433.68 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 |
| I | ADF | 3426634 | 0 | 4/28/2019 | 5/8/2019 | EL150178 | 4,498.80 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 |
| I | ADF | 3036478 | 0 | 4/28/2019 | 5/8/2019 | EL147516 | 5,821.76 | CENTRAL FREIGHT LINES | HOUSTON | TX | 770284917 | CENTRAL FREIGHT LINES | HOUSTON | TX | 770284917 |
| I | ADF | 3521808 | 0 | 4/28/2019 | 5/10/2019 | EL150724 | 11,621.44 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
| I | ADF | 3428910 | 0 | 4/28/2019 | 5/13/2019 | EL150203 | 5,643.18 | CENTRAL FREIGHT LINES | SACRAMENTO | CA | 958382427 | CENTRAL FREIGHT LINES | SACRAMENTO | CA | 958382427 |
| I | ADF | 3037020 | 0 | 4/28/2019 | 5/14/2019 | EL147533 | 5,794.16 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
| I | ADF | 3428396 | 1 | 4/28/2019 | 5/15/2019 | EL150193 | 4,033.28 | CENTRAL FREIGHT LINES | KANSAS CY    ,JA | MO | 64129 | CENTRAL FREIGHT LINES | KANSAS CY    ,JA | MO | 64129 |
| I | ADF | 3428698 | 1 | 4/28/2019 | 5/15/2019 | EL150199 | 5,527.62 | CENTRAL FREIGHT LINES | MIRA LOMA | CA | 917521003 | CENTRAL FREIGHT LINES | MIRA LOMA | CA | 917521003 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | ADF | 3428393 | 1 | 4/28/2019 | 5/15/2019 | EL150192 | 7,470.40 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 |
| I | ADF | 3428652 | 1 | 4/28/2019 | 5/15/2019 | EL150198 | 8,475.04 | CENTRAL FREIGHT LINES | MEMPHIS | TN | 381186823 | CENTRAL FREIGHT LINES | MEMPHIS | TN | 381186823 |
| I | ADF | 3428354 | 0 | 4/28/2019 | 5/17/2019 | EL150191 | 4,826.32 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
| I | ADF | 3428785 | 0 | 4/28/2019 | 6/3/2019 | EL150201 | 4,274.32 | CENTRAL FREIGHT LINES | CHARLOTTE | NC | 282693704 | CENTRAL FREIGHT LINES | CHARLOTTE | NC | 282693704 |
| R | ADF | 3184151 | 0 | 4/28/2019 | 4/29/2019 | EL148508 | 2,214.30 | CENTRAL FREIGHT LINES | JACKSONVILLE | FL | 322543403 | CENTRAL FREIGHT LINES | JACKSONVILLE | FL | 322543403 |
| R | ADF | 3666638 | 0 | 4/29/2019 | 5/6/2019 | EL151656 | 3,957.84 | CENTRAL FREIGHT LINES | CHARLOTTE | NC | 282693704 | CENTRAL FREIGHT LINES | CHARLOTTE | NC | 282693704 |
| I | ADF | 3427179 | 0 | 5/5/2019 | 5/10/2019 | EL150181 | 2,176.68 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 |
| I | ADF | 3036610 | 0 | 5/5/2019 | 5/13/2019 | EL147519 | 942.08 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 |
| I | ADF | 3835685 | 0 | 5/5/2019 | 5/13/2019 | EL152902 | 2,636.72 | CENTRAL FREIGHT LINES | TAMPA | FL | 336109595 | CENTRAL FREIGHT LINES | TAMPA | FL | 336109595 |
| I | ADF | 3836433 | 0 | 5/5/2019 | 5/13/2019 | EL152916 | 3,234.72 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
| R | ADF | 3837250 | 0 | 5/5/2019 | 5/9/2019 | EL152924 | 1,313.76 | CENTRAL FREIGHT LINES | CHARLOTTE | NC | 282693704 | CENTRAL FREIGHT LINES | CHARLOTTE | NC | 282693704 |
| R | ADF | 3837189 | 0 | 5/5/2019 | 5/9/2019 | EL152921 | 3,032.32 | CENTRAL FREIGHT LINES | JACKSONVILLE | FL | 322543403 | CENTRAL FREIGHT LINES | JACKSONVILLE | FL | 322543403 |
| R | ADF | 3835769 | 0 | 5/5/2019 | 5/13/2019 | EL152905 | 1,597.12 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
| R | ADF | 3837271 | 0 | 5/5/2019 | 5/13/2019 | EL152926 | 1,597.12 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 | CENTRAL FREIGHT LINES | ORLANDO | FL | 328247828 |
| R | ADF | 3835637 | 0 | 5/5/2019 | 5/13/2019 | EL152900 | 1,698.32 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
| R | ADF | 3835928 | 0 | 5/5/2019 | 5/13/2019 | EL152909 | 2,046.08 | CENTRAL FREIGHT LINES | KANSAS CY ,JA | MO | 64129 | CENTRAL FREIGHT LINES | KANSAS CY ,JA | MO | 64129 |
| R | ADF | 3835602 | 0 | 5/5/2019 | 5/13/2019 | EL152899 | 2,989.54 | CENTRAL FREIGHT LINES | SAN ANTONIO | TX | 782201931 | CENTRAL FREIGHT LINES | SAN ANTONIO | TX | 782201931 |
| R | ADF | 3835556 | 0 | 5/5/2019 | 5/13/2019 | EL152897 | 3,367.84 | CENTRAL FREIGHT LINES | SAN ANTONIO | TX | 782201931 | CENTRAL FREIGHT LINES | SAN ANTONIO | TX | 782201931 |
| R | ADF | 3836505 | 0 | 5/5/2019 | 5/13/2019 | EL152918 | 4,588.96 | CENTRAL FREIGHT LINES | MEMPHIS | TN | 381186823 | CENTRAL FREIGHT LINES | MEMPHIS | TN | 381186823 |
| R | ADF | 3835802 | 0 | 5/5/2019 | 5/14/2019 | EL152907 | 496.64 | CENTRAL FREIGHT LINES | HOUSTON | TX | 770284917 | CENTRAL FREIGHT LINES | HOUSTON | TX | 770284917 |
| R | ADF | 3836453 | 0 | 5/5/2019 | 5/14/2019 | EL152917 | 1,935.68 | CENTRAL FREIGHT LINES | VICTORIA ,VI | TX | 779017764 | CENTRAL FREIGHT LINES | VICTORIA ,VI | TX | 779017764 |
| R | ADF | 3835120 | 0 | 5/5/2019 | 5/14/2019 | EL152893 | 2,255.84 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
| R | ADF | 3835779 | 0 | 5/5/2019 | 5/14/2019 | EL152906 | 5,825.44 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 | CENTRAL FREIGHT LINES | FT WORTH | TX | 761196511 |
| R | ADF | 3835706 | 0 | 5/5/2019 | 5/16/2019 | EL152903 | 2,896.16 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
| R | ADF | 3835522 | 0 | 5/5/2019 | 5/16/2019 | EL152896 | 3,794.08 | CENTRAL FREIGHT LINES | CHARLOTTE | NC | 282693704 | CENTRAL FREIGHT LINES | CHARLOTTE | NC | 282693704 |
| R | ADF | 3835981 | 0 | 5/5/2019 | 5/17/2019 | EL152911 | 1,225.44 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
| R | ADF | 3835722 | 0 | 5/5/2019 | 5/20/2019 | EL152904 | 4,027.76 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 | CENTRAL FREIGHT LINES | CONLEY | GA | 302881115 |
| R | ADF | 3835565 | 0 | 5/5/2019 | 5/22/2019 | EL152898 | 2,217.20 | CENTRAL FREIGHT LINES | JACKSONVILLE | FL | 322543403 | CENTRAL FREIGHT LINES | JACKSONVILLE | FL | 322543403 |
| | | | | | | **TOTAL** | **548,405.72** | | | | | | | | |