**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **LANDSTAR INWAY, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 6:20-cv-00020-ADA-JCM |
| ) | |
| **CENTRAL FREIGHT LINES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER DISMISSING ALL CLAIMS WITH PREJUDICE

On this day, the Court considered Plaintiff Landstar Inway, Inc. and Defendant Central Freight Lines, Inc.'s (collectively "the Parties") jointly filed Agreed Motion to Dismiss All Claims With Prejudice ("the Motion"). The Court, having considered the pleadings on file, the Motion, and any related responses and/or replies, is of the opinion that the Motion should be, and is hereby, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-referenced cause and all claims therein are hereby DISMISSED WITH PREJUDICE, with costs to be taxed against the party incurring the same.

SO ORDERED this 26th day of January, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE